Rosemary M. Rivas (State Bar No. 209147)
rrivas@finkelsteinthompson
Danielle A. Stoumbos (State Bar No. 264784)
dstoumbos@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
100 Bush Street, Suite 1450
San Francisco, California 94104
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

*Attorneys for Individual and Representative*
*Plaintiff Jerome C. Broering*

James N. Kramer (Bar. No. 154709)
jkramer@orrick.com
Alexander K. Talarides (Bar No. 268068)
atalarides@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, California 94105
Telephone:  (415) 773-5700
Facsimile:  (415) 773-5759

*Counsel for SureWest Communications, Steven C. Oldham,*
*Kirk C. Doyle, Guy R. Gibson, Robert D. Kittredge,*
*John R. Roberts, III, Timothy D. Taron, and Roger J. Valine*

Rocky N. Unruh (Bar No. 84049)
runruh@schiffhardin.com
**SCHIFF HARDIN LLP**
One Market, Suite 3200
San Francisco, CA 94105
Telephone:  (415) 901-8700
Facsimile:  (415) 901-8701

*Counsel for Consolidated Communications Holdings, Inc.,*
*WH Acquisition Corp., and WH Acquisition II Corp.*

STIPULATION AND PROPOSED ORDER TO STAY ACTION
CASE NO. 2-12-CV-01025-JAM-EFB

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEROME C. BROERING, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　　vs.<br><br>STEVEN C. OLDHAM, KIRK C. DOYLE, GUY R. GIBSON, ROBERT D. KITTREDGE, JOHN R. ROBERTS, III, TIMOTHY D. TARON, ROGER J. VALINE, CONSOLIDATED COMMUNICATIONS HOLDINGS, INC., SUREWEST COMMUNICATIONS, WH ACQUISITION CORP., and WH ACQUISITION II CORP.,<br><br>　　　　　　Defendants. | Case No. 2:12-cv-01025-JAM-EFB<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO STAY ACTION**<br><br>**JUDGE:  HON. JOHN A. MENDEZ** |

Plaintiff JEROME C. BROERING ("Plaintiff") and Defendants STEVEN C. OLDHAM, KIRK C. DOYLE, GUY R. GIBSON, ROBERT D. KITTREDGE, JOHN R. ROBERTS, III, TIMOTHY D. TARON, ROGER J. VALINE, CONSOLIDATED COMMUNICATIONS HOLDINGS, INC., SUREWEST COMMUNICATIONS, WH ACQUISITION CORP., and WH ACQUISITION II CORP. (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate to stay the above captioned action upon the terms and conditions set forth below:

WHEREAS, Plaintiff filed the above-captioned action (the "Federal Action") on April 18, 2012, as a putative shareholder class action lawsuit on behalf of the public shareholders of SureWest Communications ("SureWest") against Defendants for breach of fiduciary duties and aiding and abetting in connection with the proposed sale of SureWest to Consolidated Communications Holdings, Inc. ("Consolidated) and its affiliates (the "Proposed Transactions");

WHEREAS, the Federal Action seeks to enjoin the consummation of the Proposed Transaction;

WHEREAS, between February 17, 2012 and March 26, 2012, five putative shareholder class actions were filed against Defendants in the Superior Court of California in and for the County of Placer ("State Actions"), seeking to enjoin the consummation of the Proposed Transaction;

WHEREAS, on March 14, 2012, the Placer County Superior Court entered an order consolidating the State Actions under the caption *In re SureWest Communications Shareholder Litigation*, Case No. SCV-0030655 (the "Consolidated State Court Action");

WHEREAS, on April 10, 2012, the Placer County Superior Court appointed lead counsel in the Consolidated State Court Action;

WHEREAS, the Federal Action and the Consolidated State Court Action arise out of the same facts, have overlapping claims, and seek to enjoin the Proposed Transaction;

1

STIPULATION AND PROPOSED ORDER TO STAY ACTION
CASE NO. 2-12-CV-01025-JAM-EFB

WHEREAS, the parties agree that staying the Federal Action at this time would avoid the potentially wasteful expenditure of party and judicial resources and enhance judicial economy;

NOW THEREFORE, IT IS STIPULATED AND AGREED by Plaintiff and Defendants, by and through their respective counsel, that the above-captioned action shall be stayed for a period of 90 days from the date of the Order set forth below, unless all of the parties mutually agree to lift the stay at an earlier date.

DATED: May 17, 2012  **FINKELSTEIN THOMPSON LLP**

By: /s/ Rosemary M. Rivas
Rosemary M. Rivas (Bar No. 209147)
rrivas@finkelsteinthompson.com
Danielle A. Stoumbos (Bar No. 264784)
dstoumbos@finkelsteinthompson.com
100 Bush Street, Suite 1450
San Francisco, California 94104
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

*Counsel for Individual and Reprepsentative Plaintiff Jerome C. Broering*

DATED: May 17, 2012  **ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: /s/ James N. Kramer
James N. Kramer (Bar. No. 154709)
jkramer@orrick.com
Alexander K. Talarides (Bar No. 268068)
atalarides@orrick.com
The Orrick Building
405 Howard Street
San Francisco, California 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

*Counsel for SureWest Communications, Steven C. Oldham, Kirk C. Doyle, Guy R. Gibson, Robert D. Kittredge, John R. Roberts, III, Timothy D. Taron, and Roger J. Valine*

| | | |
|---|---|---|
| 1 | DATED:  May 17, 2012 | **SCHIFF HARDIN LLP** |
| 2 | | By:  /s/ Rocky N. Unrh |
| 3 | | Rocky N. Unruh (Bar No. 84049) |
| | | runruh@schiffhardin.com |
| 4 | | One Market, Suite 3200 |
| | | San Francisco, CA 94105 |
| 5 | | Telephone:  (415) 901-8700 |
| | | Facsimile:  (415) 901-8701 |

*Counsel for Consolidated Communications Holdings, Inc., WH Acquisition Corp., and WH Acquisition II Corp.*

**IT IS SO ORDERED.**

DATED: May 18, 2012         /s/ John A. Mendez
                                            JOHN A. MENDEZ
                                            UNITED STATES DISTRICT JUDGE

3
STIPULATION AND PROPOSED ORDER TO STAY ACTION
CASE NO. 2-12-CV-01025-JAM-EFB