Rosemary M. Rivas (State Bar No. 209147)
rrivas@finkelsteinthompson.com
Danielle A. Stoumbos (State Bar No. 264784)
dstoumbos@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
100 Bush Street, Suite 1450
San Francisco, California 94104
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

*Attorneys for Individual and Representative*
*Plaintiff Jerome C. Broering*

James N. Kramer (Bar. No. 154709)
jkramer@orrick.com
Alexander K. Talarides (Bar No. 268068)
atalarides@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, California 94105
Telephone:  (415) 773-5700
Facsimile:  (415) 773-5759

*Counsel for SureWest Communications, Steven C. Oldham,*
*Kirk C. Doyle, Guy R. Gibson, Robert D. Kittredge,*
*John R. Roberts, III, Timothy D. Taron, and Roger J. Valine*

Rocky N. Unruh (Bar No. 84049)
runruh@schiffhardin.com
**SCHIFF HARDIN LLP**
One Market, Suite 3200
San Francisco, CA 94105
Telephone:  (415) 901-8700
Facsimile:  (415) 901-8701

*Counsel for Consolidated Communications Holdings, Inc.,*
*WH Acquisition Corp., and WH Acquisition II Corp.*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEROME C. BROERING, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>STEVEN C. OLDHAM, KIRK C. DOYLE, GUY R. GIBSON, ROBERT D. KITTREDGE, JOHN R. ROBERTS, III, TIMOTHY D. TARON, ROGER J. VALINE, CONSOLIDATED COMMUNICATIONS HOLDINGS, INC., SUREWEST COMMUNICATIONS, WH ACQUISITION CORP., and WH ACQUISITION II CORP.,<br><br>Defendants. | Case No. 2:12-cv-01025-JAM-EFB<br><br>**STIPULATION AND ORDER TO EXTEND STAY**<br><br>**JUDGE: HON. JOHN A. MENDEZ** |

Plaintiff JEROME C. BROERING ("Plaintiff") and Defendants STEVEN C. OLDHAM, KIRK C. DOYLE, GUY R. GIBSON, ROBERT D. KITTREDGE, JOHN R. ROBERTS, III, TIMOTHY D. TARON, ROGER J. VALINE, CONSOLIDATED COMMUNICATIONS HOLDINGS, INC., SUREWEST COMMUNICATIONS, WH ACQUISITION CORP., and WH ACQUISITION II CORP. (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate and agree to extend the stay of the above captioned action to and including December 31, 2012, unless all of the parties mutually agree to lift the stay at an earlier date.  Plaintiff and Defendants request this extension of the stay because they have reached a preliminary settlement of the consolidated state court action captioned *In re SureWest Commnications Shareholder Litigation*, Case No. SCV-0030655, which if approved by the state court will result in the voluntary dismissal of this action.  Additional time is needed for the parties to finalize the settlement and obtain state court approval.

DATED:  August 16, 2012            **FINKELSTEIN THOMPSON LLP**

By: /s/ Rosemary M. Rivas
Rosemary M. Rivas (Bar No. 209147)
rrivas@finkelsteinthompson.com
Danielle A. Stoumbos (Bar No. 264784)
dstoumbos@finkelsteinthompson.com
100 Bush Street, Suite 1450
San Francisco, California 94104
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

*Counsel for Individual and Representative Plaintiff Jerome C. Broering*

DATED:  August 16, 2012            **ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: /s/ James N. Kramer
James N. Kramer (Bar. No. 154709)
jkramer@orrick.com
Alexander K. Talarides (Bar No. 268068)

1
STIPULATION AND PROPOSED ORDER TO EXTEND STAY
CASE NO. 2-12-CV-01025-JAM-EFB

atalarides@orrick.com
The Orrick Building
405 Howard Street
San Francisco, California 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

*Counsel for SureWest Communications, Steven C. Oldham, Kirk C. Doyle, Guy R. Gibson, Robert D. Kittredge, John R. Roberts, III, Timothy D. Taron, and Roger J. Valine*

DATED: August 16, 2012             **SCHIFF HARDIN LLP**

By: /s/ Rocky N. Unruh
Rocky N. Unruh (Bar No. 84049)
runruh@schiffhardin.com
One Market, Suite 3200
San Francisco, CA 94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701

*Counsel for Consolidated Communications Holdings, Inc., WH Acquisition Corp., and WH Acquisition II Corp.*

**IT IS SO ORDERED.**

DATED:   August 16, 2012           /s/ John A. Mendez
                                   UNITED STATES DISTRICT COURT JUDGE