Rosemary M. Rivas (SBN 209147)
rrivas@finkelsteinthompson
Danielle A. Stoumbos (SBN 264784)
dstoumbos@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
505 Montgomery Street, Suite 300
San Francisco, California 94111
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

*Attorneys for Individual and Representative*
*Plaintiff Jerome C. Broering*

James N. Kramer (SBN 154709)
jkramer@orrick.com
Alexander K. Talarides (SBN 268068)
atalarides@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, California 94105
Telephone:  (415) 773-5700
Facsimile:  (415) 773-5759

*Counsel for SureWest Communications, Steven C. Oldham,*
*Kirk C. Doyle, Guy R. Gibson, Robert D. Kittredge,*
*John R. Roberts, III, Timothy D. Taron, and Roger J. Valine*

Rocky N. Unruh (SBN 84049)
runruh@schiffhardin.com
**SCHIFF HARDIN LLP**
One Market, Suite 3200
San Francisco, CA 94105
Telephone:  (415) 901-8700
Facsimile:  (415) 901-8701

*Counsel for Consolidated Communications Holdings, Inc.,*
*WH Acquisition Corp., and WH Acquisition II Corp.*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEROME C. BROERING, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br>   vs.<br><br>STEVEN C. OLDHAM, KIRK C. DOYLE, GUY R. GIBSON, ROBERT D. KITTREDGE, JOHN R. ROBERTS, III, TIMOTHY D. TARON, ROGER J. VALINE, CONSOLIDATED COMMUNICATIONS HOLDINGS, INC., SUREWEST COMMUNICATIONS, WH ACQUISITION CORP., and WH ACQUISITION II CORP.,<br><br>  Defendants. | Case No. 2:12-cv-01025-JAM-EFB<br><br>**STIPULATION AND ORDER TO EXTEND STAY**<br><br>**JUDGE: HON. JOHN A. MENDEZ** |

Plaintiff JEROME C. BROERING ("Plaintiff") and Defendants STEVEN C. OLDHAM, KIRK C. DOYLE, GUY R. GIBSON, ROBERT D. KITTREDGE, JOHN R. ROBERTS, III, TIMOTHY D. TARON, ROGER J. VALINE, CONSOLIDATED COMMUNICATIONS HOLDINGS, INC., SUREWEST COMMUNICATIONS, WH ACQUISITION CORP., and WH ACQUISITION II CORP. (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate and agree to extend the stay of the above captioned action to and including June 1, 2013, unless all of the parties mutually agree to lift the stay at an earlier date.  Plaintiff and Defendants request this extension of the stay because a settlement has been submitted to the court in the related consolidated state court action captioned *In re SureWest Commnications Shareholder Litigation*, Case No. SCV-0030655 (Cal. Super. Ct. – Placer County), which if approved by the state court will result in the voluntary dismissal of this action.  Additional time is needed pending preliminary approval, notice to shareholders, final approval, and the running of the applicable appeal period.

DATED:  December 6, 2012                    **FINKELSTEIN THOMPSON LLP**

By: /s/ Rosemary M. Rivas
Rosemary M. Rivas (SBN 209147)
rrivas@finkelsteinthompson.com
Danielle A. Stoumbos (SBN 264784)
dstoumbos@finkelsteinthompson.com
505 Montgomery Street, Suite 300
San Francisco, California 94111
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

*Counsel for Individual and Representative Plaintiff Jerome C. Broering*

DATED: December 6, 2012  **ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: /s/ Alexander K. Talarides
James N. Kramer (SBN 154709)
jkramer@orrick.com
Alexander K. Talarides (SBN 268068)
atalarides@orrick.com
The Orrick Building
405 Howard Street
San Francisco, California 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

*Counsel for SureWest Communications, Steven C. Oldham, Kirk C. Doyle, Guy R. Gibson, Robert D. Kittredge, John R. Roberts, III, Timothy D. Taron, and Roger J. Valine*

DATED: December 6, 2012  **SCHIFF HARDIN LLP**

By: /s/ Rocky N. Unruh
Rocky N. Unruh (SBN 84049)
runruh@schiffhardin.com
One Market, Suite 3200
San Francisco, CA 94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701

*Counsel for Consolidated Communications Holdings, Inc., WH Acquisition Corp., and WH Acquisition II Corp.*

**IT IS SO ORDERED.**

DATED: 12/6/2012  /s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE